Ethel Gainey et al., Respondents, v. Paray Realty Corp., Appellant, et al., Defendant.—

800

Beldock, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.